SALLIE R. BROWN *et al.*, Respondents, v. MISSOURI MURRAY, Appellant.

Kansas City Court of Appeals, November 10, 1892, and March 6, 1893.

Practice, Appellate: STATEMENT: ABSTRACT. For failure to file a clear and concise state of the case and a printed abstract this appeal is dismissed.

*Appeal from the Buchanan Circuit Court.*—HON. A. M. WOODSON, Judge.

APPEAL DISMISSED.

*H. B. Branch*, for appellant.

*Howard Paschal*, for respondents.

PER CURIAM.—For failure to comply with the requirements of section 2301, Revised Statutes, by filing "a clear and concise statement of the case," and for failing to further comply with rule 15, by filing "a printed abstract or abridgment of the record," we dismiss the appeal. *Snyder v. Free*, 102 Mo. 325; *Craig v. Scudder*, 98 Mo. 664; *Jayne v. Wine*, 98 Mo. 404; *Long v. Long*, 96 Mo. 180; *Thompson v. Allen*, 107 Mo. 479.